FILED
12/6/18 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 18-11200 TPA |
| | Chapter 13 |
| CURTIS J. DIETLIN | |
| LORRAINE L. DIETLIN, | Docket No. 10 |
| *Debtors* | |
| | |
| CURTIS J. DIETLIN | |
| LORRAINE L. DIETLIN, | |
| *Movants* | |
| | |
| vs. | |
| | |
| *No Respondents* | |

## ORDER OF COURT

AND NOW, to wit, this __6th__ day of __December__, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Curtis and Lorraine Dietlin, are hereby granted an extension until December 18, 2018 to file the completed Chapter 13 petition in this case.

FURTHER ORDERED: No further extensions will be granted.

_____ J.

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Curtis J. Dietlin
Lorraine L. Dietlin
    Debtors

Case No. 18-11200-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Dec 06, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db/jdb      +Curtis J. Dietlin,   Lorraine L. Dietlin,   3412 Washington Avenue,   Erie, PA 16508-2332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
         Kenneth M. Steinberg    on behalf of Debtor Curtis J. Dietlin julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Kenneth M. Steinberg    on behalf of Joint Debtor Lorraine L. Dietlin julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                  TOTAL: 5