**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Curtis J. Dietlin** | Social Security number or ITIN **xxx–xx–9998** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lorraine L. Dietlin** | Social Security number or ITIN **xxx–xx–9796** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  **13**  **11/20/18** |
| Case number: | **18–11200–TPA** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Curtis J. Dietlin | Lorraine L. Dietlin |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3412 Washington Avenue<br>Erie, PA 16508 | 3412 Washington Avenue<br>Erie, PA 16508 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 12/19/18 |

**For more information, see page 2**

---

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 26, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/29/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/29/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/20/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/26/19** at **09:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-11200-TPA
Curtis J. Dietlin                                               Chapter 13
Lorraine L. Dietlin
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 2            Date Rcvd: Dec 19, 2018
                              Form ID: 309I           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db/jdb         +Curtis J. Dietlin,    Lorraine L. Dietlin,    3412 Washington Avenue,    Erie, PA 16508-2332
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14951799       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14951802       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14951808       +Daniel Santucci, Esq.,    1 International Plaza, 5th Floor,    Philadelphia, PA 19113-1510
14951811       +Fnb Cons Disc Co,    2501 W 12th St,    Erie, PA 16505-4527
14951812       +Mercury/FBT,    Po Box 84064,    Columbus, GA 31908-4064
14951813       +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
14951831       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
14951832       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Dec 20 2018 02:31:53     Kenneth M. Steinberg,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower.,    707 Grant Street,    Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:32:28     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 20 2018 02:32:40
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14951792        EDI: CAPITALONE.COM Dec 20 2018 07:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14951793       +EDI: CAPITALONE.COM Dec 20 2018 07:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14951796       +EDI: CAPITALONE.COM Dec 20 2018 07:28:00      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14951794       +EDI: CAPITALONE.COM Dec 20 2018 07:28:00      Capital One Na,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
14951798       +EDI: SEARS.COM Dec 20 2018 07:28:00      Citi/Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
14951800       +EDI: CITICORP.COM Dec 20 2018 07:28:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14951805       +EDI: WFNNB.COM Dec 20 2018 07:28:00      Comenitycapital/boscov,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14951804       +EDI: WFNNB.COM Dec 20 2018 07:28:00      Comenitycapital/boscov,    Po Box 182120,
                 Columbus, OH 43218-2120
14951806       +EDI: CRFRSTNA.COM Dec 20 2018 07:28:00      Credit First National Association,
                 6275 Eastland Rd,    Brookpark, OH 44142-1399
14951807       +EDI: CRFRSTNA.COM Dec 20 2018 07:28:00      Credit First National Association,
                 Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
14951809        EDI: DISCOVER.COM Dec 20 2018 07:28:00      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
14956921        EDI: DISCOVER.COM Dec 20 2018 07:28:00      Discover Bank,    Discover Products Inc.,
                 PO Box 3025,    New Albany, OH 43054-3025
14951810       +EDI: DISCOVER.COM Dec 20 2018 07:28:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14951814       +EDI: MID8.COM Dec 20 2018 07:28:00      Midland Funding,    2365 Northside Drive,
                 San Diego, CA 92108-2709
14951815       +EDI: MID8.COM Dec 20 2018 07:28:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
14953967       +EDI: PRA.COM Dec 20 2018 07:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14951816       +E-mail/Text: blegal@phfa.org Dec 20 2018 02:32:45     Pa Housing Finance Age,
                 2101 N. Front Street,    Harrisburg, PA 17110-1086
14951819       +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14951817       +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
14951821       +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
14951823       +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14951826       +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965061,    Orlando, FL 32896-5061
14951825       +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/Care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14951828       +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
14951827       +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001

```
District/off: 0315-1           User: culy              Page 2 of 2                   Date Rcvd: Dec 19, 2018
                               Form ID: 309I           Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14951830         +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
14951829         +EDI: RMSC.COM Dec 20 2018 07:28:00      Synchrony Bank/Walmart,    Po Box 965024,
                  Orlando, FL 32896-5024
14951834         +EDI: WFFC.COM Dec 20 2018 07:28:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                  Po Box 19657,    Irvine, CA 92623-9657
14951833         +EDI: WFFC.COM Dec 20 2018 07:28:00      Wells Fargo Dealer Services,    Po Box 1697,
                  Winterville, NC 28590-1697
                                                                                               TOTAL: 32

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Wilmington Savings Fund Society, FSB, as trustee o
cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14951797*        +Capital One Na,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
14951795*        +Capital One Na,    Po Box 30281,    Salt Lake City, UT 84130-0281
14951801*        +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
14951803*        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
14951820*        +Synchrony Bank/ JC Penneys,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14951818*        +Synchrony Bank/ JC Penneys,    Po Box 965007,    Orlando, FL 32896-5007
14951822*        +Synchrony Bank/Amazon,    Po Box 965015,    Orlando, FL 32896-5015
14951824*        +Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                TOTALS: 1, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Debtor Curtis J. Dietlin julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Lorraine L. Dietlin
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5
```