Case 18-11200-TPA    Doc 25    Filed 06/05/19    Entered 06/05/19 15:46:00    Desc Main
Document    Page 1 of 1

FILED
6/5/19 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    Debtor(s): Curtis J. Dietlin
                      Lorraine L. Dietlin
    Case Number: 18-11200-TPA    (Chapter 13)
    Date / Time / Room: 06/04/2019 10:00 am /Bankruptcy Courtroom
    Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:* #17 - Final Confirmation of Plan dated 12/18/18 (NFC)

*Appearances:*

    Debtor: Steinberg
    Trustee: Winnecour / Katz / (Pail) / DeSimone
    Creditor:

*Proceedings:*

    Recommended Outcome:

    1. _____ Case Converted to Chapter 7
    2. _____ Case Converted to Chapter 11
    3. _____ Case Dismissed without Prejudice
    4. _____ Case Dismissed with Prejudice
    5. _____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
    6. _____ The plan payment/term is increased/extended to _____, effective
    7. __X__ Plan/Motion continued to 9/10/19 at 11:00.
    8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
          Objections are due on or before _____.
           A hearing on the Amended is set for _____ at _____.
    9. _____ Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: