Case 18-11200-TPA   Doc 26   Filed 09/13/19   Entered 09/13/19 15:52:35   Desc Main
Document   Page 1 of 1

FILED
9/13/19 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Curtis J. Dietlin
Case Number: 18-11200-TPA   (Chapter 13)
Date / Time / Room: 09/10/2019 11:00 am / Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #17 - Cont. Final Confirmation of Plan dated 12/18/18 (NFC)

### Appearances:

Debtor: Steinberg
Trustee: Winnecour / Katz / Pail / DeSimone
Creditor:

*[Handwritten note: Debtor has dispute with Wilmington Savings (cc#18). Issue about whether any amount is owned]*

### Proceedings:

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to  12/3/19  at  10:30 AM
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended is set for _____ at _____.
9. _ Other:

*[Handwritten note: Con't for resolution of dispute or commencement of objection to claim]*

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: