## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-11200-TPA |
| Curtis J. Dietlin | : | Chapter: 13 |
| Lorraine L. Dietlin | : | |
| *Debtor(s).* | : | |
| | : | Date: 12/11/2019 |
| | : | Time: 12:00 |

## PROCEEDING MEMO

*MATTER:*    #17 Contested Plan dated 12/18/18

*APPEARANCES:*
  Debtor:    Kenneth M. Steinberg
  Trustee:    Ronda Winnecour

*NOTES:*

Winnecour:    Plan is underfunded. Payment needs to be $2,112 beginning with Dec. $1,175 if extended to 60 months.

Steinberg:    Background of matters (12:40).

*OUTCOME:*    Amended Plan to be filed on or before 12/31/19.

ljm