Form 005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Curtis J. Dietlin**
**Lorraine L. Dietlin**
  Debtor(s)

Bankruptcy Case No.: 18–11200–TPA
Chapter: 13
Related to Document No.: 17
Concil. Conf.: 2/11/20 at 02:00 PM

## ORDER

On December 11, 2019, a hearing was conducted on thePlan dated 12/18/18, at which time the Court determined that an Amended Plan is necessary.

**AND NOW,** this **The 18th of December, 2019**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before December 31, 2019,** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) **On or before January 17, 2020,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On 2/11/20 at 02:00 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: Debtor
    Co9unsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-11200-TPA
Curtis J. Dietlin                                                       Chapter 13
Lorraine L. Dietlin
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: lmar               Page 1 of 1            Date Rcvd: Dec 18, 2019
                                Form ID: 005             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.
db/jdb         +Curtis J. Dietlin,   Lorraine L. Dietlin,   3412 Washington Avenue,   Erie, PA 16508-2332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Debtor Curtis J. Dietlin julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Lorraine L. Dietlin julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5