IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Curtis J. Dietlin | ) | Case No. 18-11200 TPA |
| Lorraine L. Dietlin | ) | Chapter 13 |
|    Debtors | ) | |
| | ) | Docket No. |
| Curtis J. Dietlin | ) | |
| Lorraine L. Dietlin | ) | |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour | ) | |
|    Respondent | ) | |

**CONSENT ORDER APPROVING DEBTORS TO PURCHASE A NEW OR USED VEHICLE AND TO ALLOW DEBTORS TO USE THE INSURANCE PROCEEDS FROM THE TOTALED 2015 KIA OPTIMA**

This matter comes before the Court upon the Consent Order to Approve Debtors to purchase a new or used vehicle using the insurance proceeds from a car accident that totaled their 2015 Kia Optima. Based upon the foregoing, and for good cause shown, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Order* [Dkt. No.____] is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to purchase a new or used vehicle on the following terms:

   a) The debtors were in an auto accident and their 2015 Kia Optima was totaled. The vehicle was paid in full by the Chapter 13 Trustee.

   b) The insurance company is in the process of sending the debtors $18,007.32 in insurance proceeds in three seperate payments.

 c) The debtors are requesting permission to purchase a new or used vehicle and using the insurance proceeds to purchase a vehicle outright and are not seeking financing.

 d) The debtors confirmed Chapter 13 Plan pays the general, non-priority unsecured creditors at 100% of claims filed.

 e) Upon the purchase of the vehicle debtors will file Amended Schedules B and C.

 f) The debtors will file a report of purchase once they have purchased a vehicle.

<u>October 21, 2021</u>         /s/ Kenneth M. Steinberg
DATE            Kenneth M. Steinberg, Esquire
              Attorney for the Debtors
              STEIDL & STEINBERG
              Suite 2830 – Gulf Tower
              707 Grant Street
              Pittsburgh, PA  15219
              (412) 391-8000
              PA I. D. No. 31244
              kenny.steinberg@steidl-steinberg.com

<u>October 21, 2021</u>        /s/ Katherine M. De Simone
DATE            Katherine M. DeSimone, Esquire
              Attorney for Chapter 13 Trustee
              Suite 3250, USX Tower
              600 Grant Street
              Pittsburgh, PA 15219
              412-471-5566

_____

UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee