IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Curtis J. Dietlin | ) | Case No. 18-11200 TPA |
| Lorraine L. Dietlin | ) | Chapter 13 |
|    Debtors | ) | |
| | ) | Docket No. 41 |
| Curtis J. Dietlin | ) | |
| Lorraine L. Dietlin | ) | |
|    Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour | ) | |
|    Respondent | ) | |

**CONSENT ORDER APPROVING DEBTORS TO PURCHASE A NEW OR USED VEHICLE AND TO ALLOW DEBTORS TO USE THE INSURANCE PROCEEDS FROM THE TOTALED 2015 KIA OPTIMA**

This matter comes before the Court upon the Consent Order to Approve Debtors to purchase a new or used vehicle using the insurance proceeds from a car accident that totaled their 2015 Kia Optima. Based upon the foregoing, and for good cause shown, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Order* [Dkt. No. 41 ] is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to purchase a new or used vehicle on the following terms:

    a) The debtors were in an auto accident and their 2015 Kia Optima was totaled. The vehicle was paid in full by the Chapter 13 Trustee.

    b) The insurance company is in the process of sending the debtors $18,007.32 in insurance proceeds in three seperate payments.

c) The debtors are requesting permission to purchase a new or used vehicle and using the insurance proceeds to purchase a vehicle outright and are not seeking financing.

d) The debtors confirmed Chapter 13 Plan pays the general, non-priority unsecured creditors at 100% of claims filed.

e) Upon the purchase of the vehicle debtors will file Amended Schedules B and C.

f) The debtors will file a report of purchase once they have purchased a vehicle.

<u>October 21, 2021</u>  /s/ Kenneth M. Steinberg
DATE  Kenneth M. Steinberg, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 31244
kenny.steinberg@steidl-steinberg.com

<u>October 21, 2021</u>  /s/ Katherine M. De Simone
DATE  Katherine M. DeSimone, Esquire
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

Dated: October 22, 2021

_____
UNITED STATES BANKRUPTCY JUDGE

nms

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 18-11200-TPA

Curtis J. Dietlin                                                              Chapter 13

Lorraine L. Dietlin

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                           User: lfin                                                     Page 1 of 2

Date Rcvd: Oct 22, 2021                                Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2021:**

**Recip ID**               **Recipient Name and Address**
db/jdb                 +  Curtis J. Dietlin, Lorraine L. Dietlin, 3412 Washington Avenue, Erie, PA 16508-2332

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2021                               Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:

**Name**                           **Email Address**

Brian Nicholas
                        on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com

Kenneth M. Steinberg
                        on behalf of Debtor Curtis J. Dietlin julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
                        on behalf of Joint Debtor Lorraine L. Dietlin julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 2 of 2 |
| Date Rcvd: Oct 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5