PAWB FORM 30  (03/12)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 18-11200 TPA |
| Curtis J. Dietlin | ) | |
| Lorraine L. Dietlin | ) | Chapter 13 |
|   Debtors | ) | |
| | ) | |
| Curtis J. Dietlin | ) | |
| Lorraine L. Dietlin | ) | |
|   Movants | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth M. Steinberg, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:

January 19, 2022                    /s/ Kenneth M. Steinberg
DATE                                 Kenneth M. Steinberg
                                           Attorney for the Debtors

                                           STEIDL & STEINBERG
                                           Suite 2830 – Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 391-8000
                                           kenny.steinberg@steidl-steinberg.com
                                           PA I.D. No. 31244

Mazda Financial Services
PO Box 74689
Chicago, IL  60675-4689