IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11200 TPA |
| Curtis J. Dietlin | : | |
| Lorraine L. Dietlin | : | : |
|   Debtors | : | Chapter 13 |
| | : | |
| Curtis J. Dietlin | : | |
| Lorraine L. Dietlin | : | |
|   Movants | : | Related to Document No. |
|   v. | : | |
| | : | |
| No Respondents | : | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*: The debtors financed a vehicle and the finance company has been added to Schedule D.

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_\_\_\_ Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
_X_ Schedule D - Creditors holding Secured Claims
    Check one:
    _X_ Creditor(s) added
    \_\_\_\_\_ NO creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority
    Claims Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority
    Claims Check one:
    \_\_\_\_\_ Creditor(s) added
    \_\_\_\_\_ NO creditor(s) added
    \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired
    Leases Check one:

|       | Creditor(s) added |
|-------|-------------------|
| _____ | NO creditor(s) added |
| _____ | Creditor(s) deleted |

_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other

_____

Date:  January 19, 2022             /s/ Kenneth M. Steinberg
                                    Attorney for Debtors

                                    Kenneth M. Steinberg
                                    707 Grant Street, Suite 2830
                                    Pittsburgh, PA  15219
                                    412-391-8000
                                    P.A.I.D. 31244
                                    kenny.steinberg@steidl-steinberg.com

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Curtis J. Dietlin** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | **Lorraine L. Dietlin** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 18-11200 | |

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Mazda Finance Services** | Describe the property that secures the claim: | $21,387.45 | $35,242.58 | $0.00 |
| Creditor's Name | 2021 Mazda CX-30 | | | |

PO Box 74689
Chicago, IL 60675-4689
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Automobile

Date debt was incurred   **October, 2021**    Last 4 digits of account number   **1124**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $21,387.45 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $21,387.45 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.