Form 006

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Curtis J. Dietlin** | : | Case No. 18−11200−TPA |
| **Lorraine L. Dietlin** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

# ORDER

     **AND NOW,** this ***The 20th of January, 2022***, the Debtor(s) having filed an ***Amendment to Schedule*** D filed on **January 19, 2022**

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)    The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

     (2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

     (3)    **On or before February 22, 2022 or the date set forth in the Section 341 Meeting** *Notice*, whichever is later, any **Objection to Discharge** (if applicable), **Request for a 341 Meeting** (if applicable), and/or **Objections to Exemptions** shall be filed.

     (4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

     (5)    **FAILURE TO SERVE** the appropriate documents and file a timely **Certificate of Service** will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

     (6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

cm: Debtor

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-11200-TPA
Curtis J. Dietlin  Chapter 13
Lorraine L. Dietlin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 4
Date Rcvd: Jan 20, 2022    Form ID: 006    Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis J. Dietlin, Lorraine L. Dietlin, 3412 Washington Avenue, Erie, PA 16508-2332 |
| 14951808 | + | Daniel Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15009546 | + | Erie County Tax Claim Bureau, 140 West Sixth Street, Room 110, Erie, PA 16501-1073 |
| 14951811 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 15447126 | | Mazda Financial Services, PO Box 74689, Chicago, IL 60675-4689 |
| 14985486 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh NC 27605-1000 |
| 14951833 | + | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 14951834 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14951792 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 23:34:29 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14951793 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 23:34:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976966 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 23:34:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14951794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 23:35:21 | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 23:35:21 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14971189 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 23:34:29 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14985570 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 20 2022 23:22:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14951798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:34:43 | Citi/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14951799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:35:13 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:34:43 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14951802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:35:12 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:34:43 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951804 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | | |
|---|---|---|---|
| | | Jan 20 2022 23:22:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14951805 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2022 23:22:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14984238 | Email/Text: BKPT@cfna.com | Jan 20 2022 23:22:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14951806 | + Email/Text: BKPT@cfna.com | Jan 20 2022 23:22:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14951807 | + Email/Text: BKPT@cfna.com | Jan 20 2022 23:22:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14951809 | Email/Text: mrdiscen@discover.com | Jan 20 2022 23:22:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14951832 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:34:43 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14951831 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 23:34:40 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14956921 | Email/Text: mrdiscen@discover.com | Jan 20 2022 23:22:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14951810 | + Email/Text: mrdiscen@discover.com | Jan 20 2022 23:22:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14951813 | + Email/Text: Mercury@ebn.phinsolutions.com | Jan 20 2022 23:22:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14951812 | + Email/Text: Mercury@ebn.phinsolutions.com | Jan 20 2022 23:22:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 14951814 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 23:23:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 14951815 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 23:23:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14983397 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 23:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15051606 | Email/Text: blegal@phfa.org | Jan 20 2022 23:23:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14983765 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2022 23:35:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14953967 | + Email/PDF: rmscedi@recoverycorp.com | Jan 20 2022 23:34:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14951816 | + Email/Text: blegal@phfa.org | Jan 20 2022 23:23:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14981094 | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2022 23:22:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983267 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:34:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14951819 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:34:55 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951817 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:35:20 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951823 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:34:55 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951821 | + Email/PDF: gecsedi@recoverycorp.com | | |

Case 18-11200-TPA   Doc 57   Filed 01/22/22   Entered 01/23/22 00:25:09   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: 006 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 20 2022 23:34:55 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14951826 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:35:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14951825 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:35:21 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14951827 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:34:55 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14951828 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:35:20 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951830 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:35:21 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951829 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:35:21 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14951795 | *+ | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951797 | *+ | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14951803 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951801 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951820 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951818 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951824 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951822 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022             Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | |

District/off: 0315-1     User: auto     Page 4 of 4

Date Rcvd: Jan 20, 2022     Form ID: 006     Total Noticed: 51

    on behalf of Debtor Curtis J. Dietlin julie.steidl@steidl-steinberg.com
kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg

    on behalf of Joint Debtor Lorraine L. Dietlin julie.steidl@steidl-steinberg.com
kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5