FILED
1/27/22 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Curtis J. Dietlin | ) | Case No. 18-11200 TPA |
| Lorraine L. Dietlin | ) | Chapter 13 |
|     Debtors | ) | |
| | ) | Related To Docket Nos. 47-48, 59 ,60 |
| Curtis J. Dietlin | ) | |
| Lorraine L. Dietlin | ) | |
|     Movants | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Ronda J. Winnecour | ) | |
|     Respondent | ) | |

**AMENDED CONSENT ORDER ALLOWING THE DEBTORS TO FINANCE A
VEHICLE AND TO USE THE INSURANCE PROCEEDS FROM THEIR WRECKED
VEHICLE AS A DOWN PAYMENT ON THE PURCHASE**

This matter comes before the Court upon the Consent Order to Approve Debtors to

purchase a new or used vehicle using the insurance proceeds from a car accident that totaled their

2015 Kia Optima.  Based upon the foregoing, and for good cause shown, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Order* [Dkt. No. 47 ] is **GRANTED** as provided by the terms of this

*Order*. Debtors are authorized to purchase  a new or used vehicle on the following terms:

        a)  The debtors were in an auto accident and their 2015 Kia Optima was

            totaled. The vehicle was paid in full by the Chapter 13 Trustee.

        b)  The insurance company sent  the debtors $18,007.32 in insurance

            proceeds.

        c)  The debtors are requesting permission to finance a vehicle and use the

            insurance proceeds as well.

d) The debtors were approved to purchase a vehicle by a Consent Order on October 22, 2021 using the insurance proceeds without financing, The debtors did use the proceeds and financed as well.

e) The debtors confirmed Chapter 13 Plan pays the general, non-priority unsecured creditors at 100% of claims filed.  The Amended Plan must pay allowed unsecured claims 100%.

f) The Plan shall remain at 100% for the unsecured creditors, and that in the event of an uncured plan default the case shall be  converted to Chapter 7 and any equity in the vehicle and the real estate shall be first used to pay, after the Chapter 7 Trustee costs and fees, the claims of unsecured creditors.

g) The debtors filed  Amended Schedules B, C, and D on January 19, 2022.

h) Debtors shall  file an Amended Chapter 13 Plan and file a  Report of Financing  within 15 days of this approved Consent Order.

January 26, 2022  
DATE

/s/ Kenneth M. Steinberg  
Kenneth M. Steinberg, Esquire  
Attorney for the Debtors  
STEIDL & STEINBERG  
Suite 2830 – Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No. 31244  
kenny.steinberg@steidl-steinberg.com

January 26, 2022
DATE

/s/ Owen Katz
Owen Katz, Esquire
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

nms

UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-11200-TPA

Curtis J. Dietlin                                                                              Chapter 13

Lorraine L. Dietlin

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Curtis J. Dietlin, Lorraine L. Dietlin, 3412 Washington Avenue, Erie, PA 16508-2332 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022                                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | |
| | on behalf of Debtor Curtis J. Dietlin julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | |
| | on behalf of Joint Debtor Lorraine L. Dietlin julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1                          User: auto                                Page 2 of 2
Date Rcvd: Jan 27, 2022                       Form ID: pdf900                            Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 5