IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Curtis J. Dietlin | ) | Case No. 18-11200 TPA |
| Lorraine L. Dietlin | ) | Chapter 13 |
|     Debtors | ) | Related to Docket No. 67 |
| | ) | Hearing Date and Time |
| Curtis J. Dietlin | ) | March 8, 2022 at 9:00am |
| Lorraine L. Dietlin | ) | |
|     Movants | ) | |
| | ) | |
|     Vs. | ) | |
| | ) | |
| Carrington Mortgage Services LLC, | ) | |
| Mazda Financial Services, Ronda J. | ) | |
| Winnecour, Office of U.S. Trustee | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 8, 2022, a true and correct copy of the *Notice of Proposed Modification to Plan, along with the Amended Chapter 13 Plan* was caused to be served by US Mail, upon the following persons and parties:

**Served by CM/ECF Filing**

Ronda J. Winnecour, Trustee

**Served by First Class U.S. Mail**

| | |
|---|---|
| Office of the United States Trustee | Curtis J. & Lorraine L. Dietlin |
| Liberty Center. | 3412 Washington Avenue |
| 1001 Liberty Avenue, Suite 970 | Erie, PA 16508 |
| Pittsburgh, PA 15222 | |
| | |
| Carrington Mortgage Services, LLC | Mazda Financial Services |
| 1600 South Douglass Road | PO Box 74689 |
| Anaheim, CA 92806 | Chicago, IL 60675-4689 |

Date: <u>February 8, 2022</u>            <u>/s/ Kenneth M. Steinberg</u>
Kenneth M. Steinberg, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244