**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/10/2022

IN RE:

CURTIS J. DIETLIN
LORRAINE L. DIETLIN
3412 WASHINGTON AVENUE
ERIE,  PA  16508
XXX-XX-9998          Debtor(s)

XXX-XX-9796

Case No.18-11200 TPA

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/10/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6859 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WILMINGTON~CHRISTIANA/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA  92806 | Trustee Claim Number:3   INT %:  2.47%<br>Court Claim Number:18-2<br>CLAIM:  15,115.66<br>COMMENT:  $@2.47%/CONF*268.84@2.47%/PL*NT/SCH*TOTAL DEBT CL*AMD*DK | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  8678 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO A**<br>PO BOX 17900<br>DENVER, CO  80217-0900 | Trustee Claim Number:4   INT %:  6.00%<br>Court Claim Number:17<br>CLAIM:  12,600.00<br>COMMENT:  W/41*TTLD*SURR/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1470 |
| **WELLS FARGO DEALER SERVICES**<br>PO BOX 17900<br>DENVER, CO  80217-0900 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  703.48<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3723 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  1,468.53<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0257 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  715.76<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8539 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH  43218 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADRS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3239 |
| **CITIBANK NA***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  50325-3439 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  461.06<br>COMMENT:  THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8575 |

| Creditor | Claim Info | Details |
|---|---|---|
| **CITIBANK NA**\*\*<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY  50325-3439 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  451.71<br>COMMENT:  THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6973 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  133.95<br>COMMENT:  BOSCOVS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0702 |
| **CREDIT FIRST NA**\*<br>BK 13 CREDIT OPERATIONS\*<br>POB 818011\*<br><br>CLEVELAND, OH  44181-8011 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  1,242.28<br>COMMENT:  4243/SCH\*FIRESTONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9998 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  1,433.88<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8927 |
| **FNB CDC++**<br>2501 W 12TH ST<br>POB 8261<br><br>ERIE, PA  16505 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9101 |
| **MERCURY**<br>PO BOX 84064<br><br>COLUMBUS, GA  31908 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FBT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7515 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  2,419.45<br>COMMENT:  9161/SCH\*CAPITAL ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2109 |
| **QUEST DIAGNOSTIC**<br>7629 MARKET ST<br><br>YOUNGSTOWN, OH  44512 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  MEDICAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ST VINCENT HEALTH CENTER**<br>232 WEST 25TH ST<br><br>ERIE, PA  16544 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADRS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7929 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  1,524.51<br>COMMENT:  SYNCHRONY/JCP | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8103 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 110.14<br>COMMENT: GEMB/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4926 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 573.90<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0980 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 444.68<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6859 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 292.80<br>COMMENT: SYNCHRONY/CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1913 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,000.71<br>COMMENT: SYNCHRONY/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9682 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 756.61<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6023 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7150 |
| **ALLIANCE ONE RECEIVABLES MGMNT**<br>4850 STREET RD STE 300<br>TREVOSE, PA 19053 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE\*\***<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CITICARD**<br>ATTN BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS, MO 63179 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COMENITY BANK**<br>PO BOX 182125<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT FIRST NA***<br>BK 13 CREDIT OPERATIONS*<br>POB 818011*<br>CLEVELAND, OH 44181-8011 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DANIEL SANTUCCI ESQ++**<br>BLATT HASENMILLER LEIBSKER ET AL<br>5 GREAT VALLEY PARKWAY STE 100<br>MALVERN, PA 19355 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCARTHY BURGESS & WOLFF**<br>26000 CANNON RD<br><br>CLEVELAND, OH 44146 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MERCURY**<br>PO BOX 84064<br><br>COLUMBUS, GA 31908 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FBT | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>PO BOX 965060<br>ATTN BANKRUPTCY DEPT<br>ORLANDO, FL 32896-5060 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK**<br>BANKRUPTCY PROCESSING<br>PO BOX 8053<br>MASON, OH 45040 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

Page 7 of 7

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 1,985.61<br>COMMENT: NO GEN UNS/SCH*SURR@4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1470 |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 1,175.00<br>COMMENT: $/CL-PL*THRU 11/18 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6554 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA 16501 | Trustee Claim Number: 43  INT %: 9.00%<br>Court Claim Number: 19<br>CLAIM: 2,747.16<br>COMMENT: 1906104130109.00;18*CL19GOV*$CL-PL@9%PRI*NT/SCH*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0900 |
| **PHFA-HEMAP(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*PHFA/PL*200x(60+2)=LMT*BGN 12/18*DK | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6554 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 18-2<br>CLAIM: 3,745.39<br>COMMENT: $/PL~179/MO*NT/PL*NTC-POSTPET FEE/EXP*REF CL*W/3*AMD | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8678 |
| **TOYOTA MOTOR CREDIT CORPORATION**<br>PO BOX 330<br>WILLIAMSVILLE, NY 14231 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*BGN 2/22*489.48X22+2=LMT*/AMD D | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 1124 |
| **ALLIANCE ONE RECEIVABLES MGMNT**<br>4850 STREET RD STE 300<br>TREVOSE, PA 19053 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PURCELL KRUG & HALLER**<br>1719 N FRONT ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PHFA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 18-2<br>CLAIM: 3,058.42<br>COMMENT: NT/PL*NTC-POSTPET FEE/EXP*SUPPLEMENTAL REF CL*W/3 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 8678 |