IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-11200 TPA |
| | ) | |
| Curtis J. Dietlin | ) | Chapter 13 |
| Lorraine L. Dietlin | ) | |
|     Debtors | ) | |
| | ) | |
| | ) | |
| | ) | Hearing Date and Time: |
| | ) | November 1, 2020 at 9:00 a.m. |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED SEPTEMBER 12, 2022 AND NOTICE OF PROPOSED MODIFICATION TO PLAN DATED MARCH 22, 2022**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 14, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                                        Respectfully submitted,

September 14, 2022                                      /s/ Christopher M. Frye
DATE                                                           Christopher M. Frye, Esquire
                                                                 Attorney for the Debtor(s)
                                                                 STEIDL & STEINBERG
                                                                 Suite 2830 – Gulf Tower
                                                                707 Grant Street
                                                                Pittsburgh, PA 15219
                                                                (412) 391-8000
                                                               chris.frye@steidl-steinberg.com
                                                               PA I.D. No. 208402

```
Label Matrix for local noticing         (p)CAPITAL ONE                          Capital One
0315-1                                  PO BOX 30285                            Attn: Bankruptcy
Case 18-11200-TPA                       SALT LAKE CITY UT 84130-0285            Po Box 30285
WESTERN DISTRICT OF PENNSYLVANIA                                                Salt Lake City, UT 84130-0285
Erie
Wed Sep 14 11:20:53 EDT 2022

Capital One Bank (USA), N.A.            Capital One Na                          Capital One Na
PO Box 71083                            Attn: General Correspondence/Bankruptcy Po Box 30281
Charlotte, NC  28272-1083               Po Box 30285                            Salt Lake City, UT 84130-0281
                                        Salt Lake City, UT 84130-0285


Capital One, N.A.                       Carrington Mortgage Services, LLC       Citi/Sears
PO Box 71083                            1600 South Douglass Road                Citibank/Centralized Bankruptcy
Charlotte, NC  28272-1083               Anaheim, CA 92806-5948                  Po Box 790034
                                                                                St Louis, MO 63179-0034


Citi/Sears                              Citibank, N.A.                          Citibank/The Home Depot
Po Box 6282                             Citibank, N.A.                          Attn: Recovery/Centralized Bankruptcy
Sioux Falls, SD 57117-6282              701 East 60th Street North              Po Box 790034
                                        Sioux Falls, SD 57104-0432              St Louis, MO 63179-0034


Citibank/The Home Depot                 Comenitycapital/boscov                  Comenitycapital/boscov
Po Box 6497                             Attn: Bankruptcy Dept                   Po Box 182120
Sioux Falls, SD 57117-6497              Po Box 182125                           Columbus, OH 43218-2120
                                        Columbus, OH 43218-2125


Credit First NA                         Credit First National Association       Credit First National Association
PO Box 818011                           6275 Eastland Rd                        Attn: Bankruptcy
Cleveland, OH 44181-8011                Brookpark, OH 44142-1399                Po Box 81315
                                                                                Cleveland, OH 44181-0315


Daniel Santucci, Esq.                   Curtis J. Dietlin                       Lorraine L. Dietlin
1 International Plaza, 5th Floor        3412 Washington Avenue                  3412 Washington Avenue
Philadelphia, PA 19113-1510             Erie, PA 16508-2332                     Erie, PA 16508-2332


Discover Bank                           (p)DISCOVER FINANCIAL SERVICES LLC      Discover Financial
Discover Products Inc.                  PO BOX 3025                             Po Box 3025
PO Box 3025                             NEW ALBANY OH 43054-3025                New Albany, OH 43054-3025
New Albany, OH 43054-3025


Erie County Tax Claim Bureau            Fnb Cons Disc Co                        Christopher M. Frye
140 West Sixth Street, Room 110         2501 W 12th St                          Steidl & Steinberg
Erie, PA 16501-1073                     Erie, PA 16505-4527                     Suite 2830 Gulf Tower
                                                                                707 Grant Street
                                                                                Pittsburgh, PA 15219-1908

Leon P. Haller                          Mazda Financial Services                Mercury/FBT
Purcell, Krug & Haller                  PO Box 74689                            Attn: Bankruptcy
1719 North Front Street                 Chicago, IL  60675-4689                 Po Box 84064
Harrisburg, PA 17102-2392                                                       Columbus, GA 31908-4064
```

| | | |
|---|---|---|
| Mercury/FBT<br>Po Box 84064<br>Columbus, GA 31908-4064 | Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2710 | Midland Funding<br>2365 Northside Drive<br>San Diego, CA 92108-2710 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| (p)PENNSYLVANIA HOUSING FINANCE AGENCY<br>211 NORTH FRONT STREET<br>HARRISBURG PA 17101-1406 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pa Housing Finance Age<br>2101 N. Front Street<br>Harrisburg, PA 17110-1086 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Pennsylvania Housing Finance Agency Homeowne<br>211 North Font Street<br>Harrisburg, PA 17101-1406 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Toyota Motor Credit Corporation<br>P.O. Box 330<br>Williamsville, New York 14231-0330 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO BOX 130000<br>Raleigh NC 27605-1000 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealer Services<br>Po Box 1697<br>Winterville, NC 28590-1697 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA 23238

Discover Financial
Po Box 15316
Wilmington, DE 19850

PHFA/HEMAP
211 NORTH FRONT ST
PO BOX 8029
HARRISBURG, PA 17105

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040

(d)Visa Dept Store National Bank/Macy's
Po Box 8218
Mason, OH 45040

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(u)Wilmington Savings Fund Society, FSB, as t

End of Label Matrix
Mailable recipients    60
Bypassed recipients     2
Total                  62