IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Curtis J. Dietlin | ) | Case No. 18-11200 JCM |
| Lorraine Dietlin | ) | |
|     Debtor(s) | ) | Chapter 13 |
| | ) | |
| Steidl and Steinberg, P.C. | ) | Related to:  Document No. 99 |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, Capital One, Carrington Mortgage Service, | ) | |
| Citi/Sears, CitiBank/Home Depot, Comenity Capital/ | ) | |
| Boscovs, Credit First, Discover Bank, Discover | ) | |
| Financial, Erie Co. Tax Claim Bureau, FNB Consumer, | ) | |
| Mazda Financial Services, Mercury/FBT, Midland | ) | |
| Funding, PHFA, PRA Receivables Management, PA | ) | |
| Dept. of Revenue, Portfolio Recovery Assoc., Quantum3 | ) | |
| Group LLC, Synchrony Bank/JC Penneys/Amazon/Care | ) | |
| Credit/Lowes/Walmart, Toyota Motor Credit, DSNB | ) | |
| Macy's, Wells Fargo Bank, Wells Fargo Dealer Services | ) | |
|     Respondents | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, to-wit this <u> 22nd </u> day of <u>  January  </u>, 2024, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that:

1) The Application for Compensation (Doc.<u>  99  </u>) is **GRANTED** in the amount of $6,920.00 in

   additional fees and $0.00 in additional costs for services performed by Counsel for the Debtors

   for the period between October 16, 2018, and December 29, 2023.

2) The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1,

   above, and all other approved application in this case amounts to $10,920.00 in fees and $500.00

   costs.

3) A total of $6,920.00 in compensation remains due.

4) The total compensation due set forth in Paragraph 3 may only be paid through the Chapter 13

   Plan ("Plan") if payment of the fees does not decrease the percentage or amount to be paid to

   other creditors through the Plan.

5) If the Trustee has funds on hand after the goals of the Plan are achieved, the Trustee shall make payment to the Movant in the amount stated in paragraph 3, otherwise, Debtor shall be responsible for any remaining amount due and owing and shall make payment directly to Counsel according to terms acceptable to Counsel.

BY THE COURT:

John C. Melaragno, Judge   glb
United States Bankruptcy Court

SIGNED
1/22/24 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                  Case No. 18-11200-JCM

Curtis J. Dietlin                                                      Chapter 13

Lorraine L. Dietlin

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Curtis J. Dietlin, Lorraine L. Dietlin, 3412 Washington Avenue, Erie, PA 16508-2332 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Curtis J. Dietlin chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Lorraine L. Dietlin chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowners Emergency Mortgage Program lhaller@pkh.com |

khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com


TOTAL: 6