IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Curtis J. Dietlin ) | Case No. 18-11200 JCM |
| Lorraine L. Dietlin, ) | Chapter 13 |
|     Debtor(s) ) | |
| ) | Docket No. |
| ) | |
| ) | |
| Curtis J. Dietlin ) | |
| Lorraine L. Dietlin, ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondent(s) ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 14, 2018 at docket number 14 and 15, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                           Respectfully submitted,

January 29, 2024                           /s/ Christopher M. Frye
DATE                                       Christopher M. Frye, Esquire
                                           Attorney for the Debtor(s)
                                           STEIDL & STEINBERG
                                           Suite 2830 – Gulf Tower
                                           707 Grant Street
                                           Pittsburgh, PA  15219
                                           (412) 391-8000
                                           chris.frye@steidl-steinberg.com
                                           PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**