Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Curtis J. Dietlin** : | Case No. 18−11200−JCM |
| **Lorraine L. Dietlin** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 108 |
| v. : | |
| **No Respondents** : | Hearing Date: 3/26/24 at 02:30 PM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 29th of January, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 108 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before March 14, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **March 26, 2024 at 02:30 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-11200-JCM
Curtis J. Dietlin     Chapter 13
Lorraine L. Dietlin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 4
Date Rcvd: Jan 29, 2024    Form ID: 300b    Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis J. Dietlin, Lorraine L. Dietlin, 3412 Washington Avenue, Erie, PA 16508-2332 |
| 14951808 | + | Daniel Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15009546 | + | Erie County Tax Claim Bureau, 140 West Sixth Street, Room 110, Erie, PA 16501-1073 |
| 14951811 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 15447126 | | Mazda Financial Services, PO Box 74689, Chicago, IL 60675-4689 |
| 15456406 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2024 00:07:00 | Wilmington Savings Fund Society, FSB as Trustee of, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| cr | + | Email/Text: blegal@phfa.org | Jan 30 2024 00:09:00 | Pennsylvania Housing Finance Agency Homeowners Eme, 211 North Font Street, Harrisburg, PA 17101-1406 |
| 14951792 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:24:42 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14985570 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2024 00:07:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15558624 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2024 00:07:00 | Wilmington Savings Fund Society, FSB, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| 14951793 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:12:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976966 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:38:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14951794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:12:53 | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:12:50 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14971189 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:13:48 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14951798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:03 | Citi/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14951799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:49 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:33 | Citibank, N.A., Citibank, N.A., 701 East 60th |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 300b | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14951802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:12:58 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:38:56 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951804 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14951805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14984238 | | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14951806 | + | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14951807 | + | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14951809 | | Email/Text: mrdiscen@discover.com | Jan 30 2024 00:07:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14951832 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:29 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14951831 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:27 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14956921 | | Email/Text: mrdiscen@discover.com | Jan 30 2024 00:07:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14951810 | + | Email/Text: mrdiscen@discover.com | Jan 30 2024 00:07:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14951813 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 30 2024 00:07:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14951812 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 30 2024 00:07:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 14951814 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14951815 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14983397 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15051606 | | Email/Text: blegal@phfa.org | Jan 30 2024 00:09:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14983765 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:38:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14953967 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14951816 | + | Email/Text: blegal@phfa.org | Jan 30 2024 00:09:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14981094 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983267 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 00:13:27 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14951819 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Street North, Sioux Falls, SD 57104-0432

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 300b | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 30 2024 00:13:52 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:43 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951823 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:12:58 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951821 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:27 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14951826 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:30 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14951825 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:54 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14951827 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:24:53 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14951828 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:01 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:12:53 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:56 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14985486 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:24:55 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh NC 27605-1000 |
| 14951833 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:24:45 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 14951834 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:12:56 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14951795 | *+ | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951797 | *+ | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14951803 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951801 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951820 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951818 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951824 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951822 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 300b | Total Noticed: 55 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Curtis J. Dietlin chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Lorraine L. Dietlin chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowners Emergency Mortgage Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6