**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CURTIS J. DIETLIN<br>LORRAINE L. DIETLIN<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:18-11200<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/20/2018 and confirmed on 2/28/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,652.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,652.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,088.82 | |
|    Trustee Fee | 4,367.85 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,456.67 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PHFA-HEMAP(*) | 0.00 | 12,200.00 | 0.00 | 12,200.00 |
|     Acct: 6554 | | | | |
|   PHFA-HEMAP(*) | 1,175.00 | 1,175.00 | 0.00 | 1,175.00 |
|     Acct: 6554 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 2,747.16 | 2,747.16 | 674.24 | 3,421.40 |
|     Acct: 0900 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 12,600.00 | 12,600.00 | 1,523.16 | 14,123.16 |
|     Acct: 1470 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 15,115.66 | 15,115.66 | 1,379.20 | 16,494.86 |
|     Acct: 8678 | | | | |
| | | | | 47,414.42 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CURTIS J. DIETLIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,188.82 | 3,188.82 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX9/23 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 3,745.39 | 3,745.39 | 0.00 | 3,745.39 |
|     Acct: 8678 | | | | |
|   TOYOTA MOTOR CREDIT CORPORATION | 0.00 | 11,258.04 | 0.00 | 11,258.04 |
|     Acct: 1124 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 3,058.42 | 3,058.42 | 0.00 | 3,058.42 |
|     Acct: 8678 | | | | |
| | | | | 18,061.85 |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 703.48 | 703.48 | 0.00 | 703.48 |
|     Acct: 3723 | | | | |
|   CAPITAL ONE NA BY AMERICAN INFOSOU | 1,468.53 | 1,468.53 | 0.00 | 1,468.53 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0257 | | | | |
| | CAPITAL ONE NA BY AMERICAN INFOSOU | 715.76 | 715.76 | 0.00 | 715.76 |
| | Acct: 8539 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3239 | | | | |
| | CITIBANK NA** | 461.06 | 461.06 | 0.00 | 461.06 |
| | Acct: 8575 | | | | |
| | CITIBANK NA** | 451.71 | 451.71 | 0.00 | 451.71 |
| | Acct: 6973 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 133.95 | 133.95 | 0.00 | 133.95 |
| | Acct: 0702 | | | | |
| | CREDIT FIRST NA* | 1,242.28 | 1,242.28 | 0.00 | 1,242.28 |
| | Acct: 9998 | | | | |
| | DISCOVER BANK(*) | 1,433.88 | 1,433.88 | 0.00 | 1,433.88 |
| | Acct: 8927 | | | | |
| | FNB CDC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9101 | | | | |
| | MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7515 | | | | |
| | MIDLAND FUNDING LLC | 2,419.45 | 2,419.45 | 0.00 | 2,419.45 |
| | Acct: 2109 | | | | |
| | QUEST DIAGNOSTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7929 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,524.51 | 1,524.51 | 0.00 | 1,524.51 |
| | Acct: 8103 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 110.14 | 110.14 | 0.00 | 110.14 |
| | Acct: 4926 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 573.90 | 573.90 | 0.00 | 573.90 |
| | Acct: 0980 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 444.68 | 444.68 | 0.00 | 444.68 |
| | Acct: 6859 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 292.80 | 292.80 | 0.00 | 292.80 |
| | Acct: 1913 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,000.71 | 1,000.71 | 0.00 | 1,000.71 |
| | Acct: 9682 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 756.61 | 756.61 | 0.00 | 756.61 |
| | Acct: 6023 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7150 | | | | |
| | DANIEL SANTUCCI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELLS FARGO BANK NA D/B/A WELLS FA | 1,985.61 | 1,985.61 | 0.00 | 1,985.61 |
| | Acct: 1470 | | | | |
| | ALLIANCE ONE RECEIVABLES MGMNT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6859 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PURCELL KRUG & HALLER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLIANCE ONE RECEIVABLES MGMNT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITICARD | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCARTHY BURGESS & WOLFF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 15,719.06 |

**TOTAL PAID TO CREDITORS**                                                                  81,195.33

TOTAL CLAIMED
PRIORITY          6,803.81
SECURED          31,637.82
UNSECURED        15,719.06

Date: 01/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   CURTIS J. DIETLIN
   LORRAINE L. DIETLIN
       Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:18-11200

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11200-JCM |
| Curtis J. Dietlin | Chapter 13 |
| Lorraine L. Dietlin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis J. Dietlin, Lorraine L. Dietlin, 3412 Washington Avenue, Erie, PA 16508-2332 |
| 14951808 | + | Daniel Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15009546 | + | Erie County Tax Claim Bureau, 140 West Sixth Street, Room 110, Erie, PA 16501-1073 |
| 14951811 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 15447126 | | Mazda Financial Services, PO Box 74689, Chicago, IL 60675-4689 |
| 15456406 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2024 00:07:00 | Wilmington Savings Fund Society, FSB as Trustee of, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| cr | + | Email/Text: blegal@phfa.org | Jan 30 2024 00:09:00 | Pennsylvania Housing Finance Agency Homeowners Eme, 211 North Font Street, Harrisburg, PA 17101-1406 |
| 14951792 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:24:57 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14985570 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2024 00:07:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15558624 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 30 2024 00:07:00 | Wilmington Savings Fund Society, FSB, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| 14951793 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:37:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976966 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:13:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14951794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:12:50 | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:12:52 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14971189 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2024 00:37:27 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14951798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:21 | Citi/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14951799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:29 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:03 | Citibank, N.A., Citibank, N.A., 701 East 60th |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14951802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | Street North, Sioux Falls, SD 57104-0432 |
| | | | Jan 30 2024 00:13:49 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:50 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951804 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14951805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2024 00:08:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14984238 | | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14951806 | + | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14951807 | + | Email/Text: BKPT@cfna.com | Jan 30 2024 00:07:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14951809 | | Email/Text: mrdiscen@discover.com | Jan 30 2024 00:07:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14951832 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:13:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14951831 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2024 00:37:18 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14956921 | | Email/Text: mrdiscen@discover.com | Jan 30 2024 00:07:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14951810 | + | Email/Text: mrdiscen@discover.com | Jan 30 2024 00:07:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14951813 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 30 2024 00:07:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14951812 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 30 2024 00:07:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 14951814 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14951815 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14983397 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 00:09:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15051606 | | Email/Text: blegal@phfa.org | Jan 30 2024 00:09:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14983765 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:12:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14953967 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2024 00:13:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14951816 | + | Email/Text: blegal@phfa.org | Jan 30 2024 00:09:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14981094 | | Email/Text: bnc-quantum@quantum3group.com | Jan 30 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983267 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2024 00:13:58 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14951819 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 30 2024 00:13:51 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:39:02 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951823 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:12:50 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951821 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:24:12 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14951826 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:38:28 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14951825 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:49 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14951827 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:38:33 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14951828 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:21 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:13:01 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 30 2024 00:12:52 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14985486 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:12:52 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh NC 27605-1000 |
| 14951833 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:12:52 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 14951834 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 30 2024 00:13:54 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14951795 | *+ | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951797 | *+ | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14951803 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951801 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951820 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951818 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951824 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951822 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: pdf900 | Total Noticed: 55 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

**Name**  **Email Address**

Christopher M. Frye
on behalf of Debtor Curtis J. Dietlin chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye
on behalf of Joint Debtor Lorraine L. Dietlin chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com

Leon P. Haller
on behalf of Creditor Pennsylvania Housing Finance Agency Homeowners Emergency Mortgage Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6