| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Curtis J. Dietlin** | Social Security number or ITIN    xxx–xx–9998 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | **Lorraine L. Dietlin** | Social Security number or ITIN    xxx–xx–9796 |
| | First Name    Middle Name    Last Name | EIN  __–_____ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    18–11200–JCM | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Curtis J. Dietlin                                  Lorraine L. Dietlin

_3/15/24_                                          **By the court:** <u>John C Melaragno</u>
                                                   United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 18-11200-JCM
Curtis J. Dietlin                                                 Chapter 13
Lorraine L. Dietlin
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                     User: auto                          Page 1 of 4
Date Rcvd: Mar 15, 2024                  Form ID: 3180W                      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis J. Dietlin, Lorraine L. Dietlin, 3412 Washington Avenue, Erie, PA 16508-2332 |
| 14951808 | + | Daniel Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15009546 | + | Erie County Tax Claim Bureau, 140 West Sixth Street, Room 110, Erie, PA 16501-1073 |
| 14951811 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 15447126 | | Mazda Financial Services, PO Box 74689, Chicago, IL 60675-4689 |
| 15456406 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 16 2024 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2024 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 16 2024 04:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 16 2024 00:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 16 2024 00:15:00 | Wilmington Savings Fund Society, FSB as Trustee of, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| cr | + | Email/Text: blegal@phfa.org | Mar 16 2024 00:16:00 | Pennsylvania Housing Finance Agency Homeowners Eme, 211 North Font Street, Harrisburg, PA 17101-1406 |
| 14951792 | | EDI: CAPITALONE.COM | Mar 16 2024 04:07:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14985570 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 16 2024 00:15:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15558624 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 16 2024 00:15:00 | Wilmington Savings Fund Society, FSB, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| 14951793 | + | EDI: CAPITALONE.COM | Mar 16 2024 04:07:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976966 | | EDI: CAPITALONE.COM | Mar 16 2024 04:07:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

District/off: 0315-1 | User: auto | Page 2 of 4
Date Rcvd: Mar 15, 2024 | Form ID: 3180W | Total Noticed: 57

| ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14951794 | + | EDI: CAPITALONE.COM | Mar 16 2024 04:07:00 | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951796 | + | EDI: CAPITALONE.COM | Mar 16 2024 04:07:00 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14971189 | | EDI: CAPITALONE.COM | Mar 16 2024 04:07:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14951798 | + | EDI: CITICORP | Mar 16 2024 04:07:00 | Citi/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14951799 | + | EDI: CITICORP | Mar 16 2024 04:07:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984826 | + | EDI: CITICORP | Mar 16 2024 04:07:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14951802 | + | EDI: CITICORP | Mar 16 2024 04:07:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951800 | + | EDI: CITICORP | Mar 16 2024 04:07:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951804 | + | EDI: WFNNB.COM | Mar 16 2024 04:07:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14951805 | + | EDI: WFNNB.COM | Mar 16 2024 04:07:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14984238 | | EDI: CRFRSTNA.COM | Mar 16 2024 04:07:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14951806 | + | EDI: CRFRSTNA.COM | Mar 16 2024 04:07:00 | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14951807 | + | EDI: CRFRSTNA.COM | Mar 16 2024 04:07:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14951809 | | EDI: DISCOVER | Mar 16 2024 04:07:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14951832 | | EDI: CITICORP | Mar 16 2024 04:07:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14951831 | | EDI: CITICORP | Mar 16 2024 04:07:00 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14956921 | | EDI: DISCOVER | Mar 16 2024 04:07:00 | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14951810 | + | EDI: DISCOVER | Mar 16 2024 04:07:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14951813 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 16 2024 00:15:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14951812 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 16 2024 00:15:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 14951814 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2024 00:16:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14951815 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2024 00:16:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14983397 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 16 2024 00:16:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15051606 | | Email/Text: blegal@phfa.org | Mar 16 2024 00:16:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |

District/off: 0315-1                              User: auto                              Page 3 of 4
Date Rcvd: Mar 15, 2024                           Form ID: 3180W                          Total Noticed: 57

| | | | |
|---|---|---|---|
| 14983765 | EDI: PRA.COM | Mar 16 2024 04:07:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14953967 | + EDI: PRA.COM | Mar 16 2024 04:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14951816 | + Email/Text: blegal@phfa.org | Mar 16 2024 00:16:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14981094 | EDI: Q3G.COM | Mar 16 2024 04:07:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983267 | + EDI: AIS.COM | Mar 16 2024 04:07:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14951819 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951817 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951823 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951821 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14951826 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14951825 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14951827 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14951828 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951830 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951829 | + EDI: SYNC | Mar 16 2024 04:07:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14985486 | + EDI: WFFC2 | Mar 16 2024 04:07:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh NC 27605-1000 |
| 14951833 | + EDI: WFFC2 | Mar 16 2024 04:07:00 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 14951834 | + EDI: WFFC2 | Mar 16 2024 04:07:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14951795 | *+ | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951797 | *+ | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14951803 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951801 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951820 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| 14951818 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951824 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951822 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Curtis J. Dietlin chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Lorraine L. Dietlin chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowners Emergency Mortgage Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6