IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CURTIS J. DIETLIN
    LORRAINE L. DIETLIN
        Debtor(s)

Ronda J. Winnecour
       Movant
  vs.
No Repondents.

Case No.:18-11200

Chapter 13

Related to:  Document No. 108

## ORDER OF COURT

AND NOW, this ___15th___ day of ___March___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
3/15/24 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11200-JCM |
| Curtis J. Dietlin | Chapter 13 |
| Lorraine L. Dietlin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Curtis J. Dietlin, Lorraine L. Dietlin, 3412 Washington Avenue, Erie, PA 16508-2332 |
| 14951808 | + | Daniel Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15009546 | + | Erie County Tax Claim Bureau, 140 West Sixth Street, Room 110, Erie, PA 16501-1073 |
| 14951811 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |
| 15447126 | | Mazda Financial Services, PO Box 74689, Chicago, IL 60675-4689 |
| 15456406 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 16 2024 00:15:00 | Wilmington Savings Fund Society, FSB as Trustee of, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| cr | + | Email/Text: blegal@phfa.org | Mar 16 2024 00:16:00 | Pennsylvania Housing Finance Agency Homeowners Eme, 211 North Font Street, Harrisburg, PA 17101-1406 |
| 14951792 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2024 00:33:33 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14985570 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 16 2024 00:15:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15558624 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 16 2024 00:15:00 | Wilmington Savings Fund Society, FSB, 1600 South Douglass Road Ste 110,, PMB 200A, Anaheim, CA 92806 |
| 14951793 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2024 00:33:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976966 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2024 00:22:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14951794 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2024 00:34:37 | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951796 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2024 00:34:41 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14971189 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2024 00:21:09 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14951798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2024 00:34:03 | Citi/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14951799 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2024 00:33:20 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2024 00:34:41 | Citibank, N.A., Citibank, N.A., 701 East 60th |

Case 18-11200-JCM   Doc 118   Filed 03/17/24   Entered 03/18/24 00:25:44   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Street North, Sioux Falls, SD 57104-0432 |
| 14951802 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Mar 16 2024 00:22:03 | | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951800 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Mar 16 2024 00:33:37 | | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951804 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 16 2024 00:15:00 | | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14951805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 16 2024 00:15:00 | | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14984238 | | Email/Text: BKPT@cfna.com Mar 16 2024 00:15:00 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14951806 | + | Email/Text: BKPT@cfna.com Mar 16 2024 00:15:00 | | Credit First National Association, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14951807 | + | Email/Text: BKPT@cfna.com Mar 16 2024 00:15:00 | | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14951809 | | Email/Text: mrdiscen@discover.com Mar 16 2024 00:15:00 | | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14951832 | | Email/PDF: Citi.BNC.Correspondence@citi.com Mar 16 2024 00:34:00 | | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14951831 | | Email/PDF: Citi.BNC.Correspondence@citi.com Mar 16 2024 00:22:32 | | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14956921 | | Email/Text: mrdiscen@discover.com Mar 16 2024 00:15:00 | | Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 14951810 | + | Email/Text: mrdiscen@discover.com Mar 16 2024 00:15:00 | | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14951813 | + | Email/Text: Mercury@ebn.phinsolutions.com Mar 16 2024 00:15:00 | | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14951812 | + | Email/Text: Mercury@ebn.phinsolutions.com Mar 16 2024 00:15:00 | | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 14951814 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 16 2024 00:16:00 | | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14951815 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 16 2024 00:16:00 | | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14983397 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 16 2024 00:16:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15051606 | | Email/Text: blegal@phfa.org Mar 16 2024 00:16:00 | | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14983765 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2024 00:21:59 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14953967 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2024 00:33:28 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14951816 | + | Email/Text: blegal@phfa.org Mar 16 2024 00:16:00 | | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14981094 | | Email/Text: bnc-quantum@quantum3group.com Mar 16 2024 00:15:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983267 | + | Email/PDF: ebn_ais@aisinfo.com Mar 16 2024 00:34:03 | | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14951819 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | Mar 16 2024 00:33:33 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 14951817 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:22:26 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951823 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:33:42 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951821 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:33:19 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14951826 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:21:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14951825 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:34:33 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14951827 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:22:26 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14951828 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:21:49 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:21:49 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2024 00:34:41 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14985486 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 16 2024 00:21:59 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh NC 27605-1000 |
| 14951833 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 16 2024 00:34:11 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 14951834 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 16 2024 00:22:27 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14951795 | *+ | Capital One Na, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14951797 | *+ | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14951803 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14951801 | *+ | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14951820 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951818 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14951824 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14951822 | *+ | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Mar 15, 2024 | Form ID: pdf900 | Total Noticed: 55

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

**Name** | **Email Address**

Christopher M. Frye
on behalf of Debtor Curtis J. Dietlin chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Christopher M. Frye
on behalf of Joint Debtor Lorraine L. Dietlin chris.frye@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Denise Carlon
on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com

Leon P. Haller
on behalf of Creditor Pennsylvania Housing Finance Agency Homeowners Emergency Mortgage Program lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6