**Fill in this information to identify the case:**

Debtor 1    Curtis J. Dietlin

Debtor 2    Lorraine L. Dietlin
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    18-11200 TPA

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A

**Court claim no.** (if known): 18

**Last 4 digits** of any number you use to identify the debtor's account: 8678

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

☐ No

☒ Yes. Date of the last notice: 07/06/2020

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | 06/06/2022 | (8) | $ 3058.42 |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Curtis J. Dietlin, and Lorraine L. Dietlin | Case number (*if known*) 18-11200 TPA |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Brian C. Nicholas              Date July 27, 2022
Signature

Print:   Brian C. Nicholas    ATT ID: 317240            Title  Attorney for Creditor
         First Name    Middle Name    Last Name

Company   KML Law Group, P.C.

Address   701       Market Street, Suite 5000
          Number    Street
          Philadelphia,                PA      19106
          City                         State   ZIP Code

Contact phone  (215) 627–1322          Email  bnicholas@kmllawgroup.com

---

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page **2**
                                                                                          249